# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**BONNIE AMBROSE, TIFFANY SELLECK,**
**and JOANN PORTILLO GARCIA,**         No.: 2:17-CV-00681-MV-SMV

    Plaintiffs,

v.

**GRINDELL & ROMERO INSURANCE, INC.,**
**and ROBERT ABERCROMBIE,**

    Defendants.


## ORDER REMANDING CASE AND AWARDING ATTORNEYS' FEES AND COSTS

The Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD") was entered on February 23, 2018. Doc. 15. Defendants have indicated that will not object to the PFRD, and agree to the remand of this case and the award of attorney's fees as recommended in the PFRD. The parties have stipulated to the adoption of the PFRD by this Court.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The PFRD [Doc. 15] is **ADOPTED**.

2. This case is **REMANDED** to the Third Judicial District Court of New Mexico, Dõna Ana County.

3. The Clerk of this Court is directed to remand this case to the Third Judicial District.

4. Defendants and/or their counsel shall pay $4,500.00 and applicable New Mexico Gross Receipts Tax (8.3125%) as the reasonable attorneys' fees and costs awarded by the Court. The payment shall be made to The Furth Law Firm P.A. and shall be made within seven days of entry of this Order.

_____
Honorable Martha Vázquez
United States District Judge