# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**BONNIE AMBROSE, TIFFANY SELLECK,**
**and JOANN PORTILLO-GARCIA,**

    Plaintiffs,

v.                                                                                   No. 17-cv-0681 MV/SMV

**GRINDELL & ROMERO INSURANCE, INC.,**
**and ROBERT ABERCROMBIE,**

    Defendants.

## AMENDED ORDER SETTING MOTION HEARING
## AND ORDER TO SHOW CAUSE

| | |
|---|---|
| **Location:** | Picacho Courtroom<br>United States Courthouse<br>100 N. Church Street<br>Las Cruces, New Mexico |
| **Date and time:** | Friday, June 1, 2018, at 9:30 a.m. |
| **Matters to be heard:** | Plaintiffs' Motion for an Order to Show Cause [Doc. 20]<br>Order to Show Cause |

      **IT IS ORDERED** that an in-person hearing is set on Plaintiffs' Motion for an Order to Show Cause [Doc. 20]. Defense counsel, Mr. Grayson, must appear in person. Defendants must show cause why they should not be held in contempt or otherwise sanctioned for their failure to pay the $4,500 (plus tax) by March 22, 2018, as ordered by Judge Vázquez. *See* [Doc. 18] at 2. Additionally, Mr. Grayson must show cause why sanctions should not be imposed against him personally in connection with his email to Plaintiffs' counsel dated February 28, 2018. *See* [Doc. 20-2] at 2. The hearing is set for Friday, June 1, 2018, at 9:30 a.m. in the

Picacho Courtroom in the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**