# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BONNIE AMBROSE, TIFFANY SELLECK,
and JOANN PORTILLO-GARCIA,

    Plaintiffs,

v.                                                                   No. 17-cv-0681 MV/SMV

GRINDELL & ROMERO INSURANCE,
INC., and ROBERT ABERCROMBIE,

    Defendants.

## SECOND AMENDED ORDER SETTING MOTION HEARING
## AND ORDER TO SHOW CAUSE

**Location:**                 Picacho Courtroom
                               United States Courthouse
                               100 N. Church Street
                               Las Cruces, New Mexico

**Date and time:**          Friday, June 1, 2018, at 9:30 a.m.

**Matters to be heard:**     Plaintiff's Motion for an Order to Show Cause [Doc. 20]

       **IT IS ORDERED** that an in-person hearing is set on Plaintiff's Motion for an Order to Show Cause [Doc. 20]. Defendants and their counsel will be given the opportunity to show cause why they should not be found in violation of Judge Vázquez's order to pay $4,500 by March 22, 2018. *See* [Doc. 18] at 2. Further, Defendants and/or their counsel will be given the opportunity to show cause why they should not be held in civil and/or criminal contempt and/or sanctioned under the Court's inherent authority, including monetary fines or payment of Plaintiff's reasonable expenses including costs and attorney fees incurred in attempting to gain compliance with the order.

The hearing is set for Friday, June 1, 2018, at 9:30 a.m. in the Picacho Courtroom in the United States Courthouse at 100 N. Church Street in Las Cruces, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**